UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>            Petitioner,<br><br>   v.<br><br>F. FOULK,<br><br>            Respondent. | 1:13 -cv-476 SKO (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Document#21) |

     Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

     In the present case, Petitioner raises due process claims premised upon instructional error and insufficiency of the evidence. There do not appear to be any further facts that need development. The case is fully briefed; Petitioner filed a substantial traverse setting forth argument and authority. The Court concludes that there are no circumstances requiring the appointment of counsel. The Court does not find that the interests of justice require the appointment of counsel at the present time.

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   **July 10, 2014**                                        **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE