**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>F. FOULK,<br><br>        Respondent. | Case No. 1:13-cv-00476-SKO-HC<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR FORMS (DOC. 20) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on April 17, 2013, and on behalf of Respondent on May 1, 2013.  Pending before the Court is Petitioner's motion for forms filed on June 27, 2014.

///

1

In the motion, Petitioner requests a transportation order, the appointment of counsel, exhibit papers, and a summons.

Insofar as Petitioner requests counsel, the Court considered Petitioner's motion with another subsequently filed motion for counsel and issued an order denying the request on July 10, 2014.

In the present case, Respondent has answered the petition, and Petitioner has filed a traverse.  Because no court hearing is pending, there is no basis for a transportation order.  The request for exhibit papers is uncertain and unintelligible.  Further, the Court does not issue a summons in a habeas corpus case.

Accordingly, it is ORDERED that Petitioner's motion for forms is DISMISSED as moot.

IT IS SO ORDERED.

Dated:   **September 11, 2014**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

2